MARJORIE E. MANNING (Bar No. 118643)
**BOLLING & GAWTHROP**
8880 Cal Center Drive
Sacramento, CA 95826
Telephone: (916) 369-0777
Facsimile: (916) 369-2698
Email:     mem@bwg-inc.com

*Counsel for the Post-Confirmation Liquidating Debtor Heller Ehrman LLP*

GEORGE S. TREVOR (Bar No. 127875)
ROBERT G. RETANA (Bar No. 148677)
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email:     gtrevor@pswlaw.com
           rretana@pswlaw.com

*Attorneys for PARAVUE CORPORATION*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>　　　　Debtor. | **CASE NO. 3:14-CV-03887-CRB**<br><br>Bankruptcy Case No. 08-32514<br><br>Chapter 11<br><br>**STIPULATED SCHEDULING ORDER** |

861120.1                                                             3:14-CV-03887-CRB
**STIPULATED SCHEDULING ORDER**

Paravue Corporation (the "Appellant" or "Paravue") and Post-Confirmation Liquidating Debtor Heller Ehrman LLP (the "Appellee" or "Heller") respectfully request that, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 8010-1, and following the parties' meet and confer communications as directed at the Case Management Conference held on October 20, 2014, the Court enter the following Stipulated Scheduling Order:

The parties' briefs on the appeal from the Bankruptcy Court shall be due as follows

- Appellant's Opening Brief             January 2, 2015
- Appellee's Answering Brief           February 13, 2015
- Appellant's Reply Brief                 February 27, 2015

Counsel have also met and conferred as to page limitations on the briefs, and respectfully request that the Court enter its order allowing the filing of Opening and Answering Briefs of up to thirty (30) pages each and Appellant's Reply Brief of up to twenty (20) pages.

IT IS SO STIPULATED, through Counsel of Record.

DATED: October 29, 2014        **BOLLING & GAWTHROP**

By:     */s/ Marjorie E. Manning*
              Marjorie E. Manning
Attorneys for Appellee Post-Confirmation Liquidating Debtor HELLER EHRMAN LLP

DATED: October 29, 2014        **PEARSON, SIMON & WARSHAW, LLP**

By:     */s/ George S. Trevor*
              George S. Trevor
Attorneys for Appellant PARAVUE CORPORATION

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: "P qxgo dgt"8, 2014

By: _____

