James V. Weixel (Bar No. 166024)
**WEIXEL LAW OFFICE**
150 Post Street, Suite 520
San Francisco, California 94108
Telephone: (415) 691-7495
Facsimile:  (866) 640-3918
Email:       *appeals@jimweixel.com*

Attorney for Appellant
PARAVUE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAVUE CORPORATION,<br><br>              Appellant,<br><br>HELLER EHRMAN, LLP,<br><br>              Appellee. | CASE NO. 3:14-CV-03887-CRB<br><br>**APPELLANT PARAVUE CORPORATION'S SUBSTITUTION OF COUNSEL   and    ORDER**<br><br>**Judge:  Hon. Charles R. Breyer** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Appellant Paravue Corporation hereby substitutes James V. Weixel, Weixel Law Office, as its attorney of record in the above-captioned matter in place of Pearson, Simon & Warshaw, LLP.

DATED: December 1, 2014          **WEIXEL LAW OFFICE**

                                                          By:  ~~*/s/ James V. Weixel*~~
                                                                      James V. Weixel
                                                          Attorney for Appellant
                                                          PARAVUE CORPORATION

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104

1

2      I consent to the above substitution of counsel

3  DATED: November 25, 2014                    _____

4                                              GEORGE S. TREVOR (Bar No. 127875)
                                               **PEARSON, SIMON & WARSHAW, LLP**
5                                              44 Montgomery Street, Suite 2450
                                               San Francisco, California 94104
6                                              Telephone:    (415) 433-9000
                                               Facsimile:    (415) 433-9008
7                                              Email: gtrevor@pswlaw.com

8
        On behalf of Paravue Corporation I consent to the above substitution of counsel.
9

10
   DATED: November 25, 2014                    _____
11                                             Lauren Barghout Ph.D.
                                               CEO and Director of Paravue Corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  I consent to the above substitution of counsel

3  DATED: November 25, 2014

4

5  GEORGE S. TREVOR (Bar No. 127875)
   **PEARSON, SIMON & WARSHAW, LLP**
6  44 Montgomery Street, Suite 2450
   San Francisco, California 94104
7  Telephone:  (415) 433-9000
   Facsimile:  (415) 433-9008
   Email: gtrevor@pswlaw.com

8

9  On behalf of Paravue Corporation I consent to the above substitution of counsel.

10

11  DATED: November 25, 2014

Lauren Barghout Ph.D.
CEO and Director of Paravue Corporation



December 2, 2014