MARJORIE E. MANNING, SBN 118643
T. D. BOLLING, JR., SBN 33236
BOLLING & GAWTHROP
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California   95826
Telephone:  (916) 369-0777
Facsimile:  (916) 369-2698
E-mail: mem@bwg-inc.com
E-mail: tdb@bwg-inc.com

THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: twilloughby@ffwplaw.com


Attorneys for Appellee Heller Ehrman LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paravue Corporation,<br><br>                    Appellant,<br><br>vs.<br><br>In re Heller Ehrman LLP,<br><br>                    Appellee. | CASE NO.  3:14-CV-03887-CRB<br><br>Honorable Charles R. Breyer<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DEADLINES TO FILE ANSWERING BRIEF AND REPLY BRIEF**<br><br>**ORDER** |

        Pursuant to Local Rule 7-12, Appellant Paravue Corporation and Appellee Post-

confirmation Liquidating Debtor Heller Ehrman LLP, by and through their respective counsel,

stipulate and agree to an extension of the briefing deadlines applicable to Appellee's answering brief and Appellant's reply brief, in the respects stated herein.

In support of this stipulation, Marjorie E. Manning, the undersigned counsel for Appellee, states and declares as follows:

1.     I am an attorney licensed to practice law in the State of California and in this Court, and am counsel of record in this proceeding for Appellee Heller Ehrman.  This declaration is made pursuant to Local Rule 6-2 in support of the parties' stipulation to extend the briefing schedule in this matter pertaining to Appellee's answering brief and Appellant's reply brief.

2.     Paravue filed its opening brief in this matter on March 16, 2015.  By previous order of the Court, Heller Ehrman's answering brief is due by May 4, 2015 and Paravue's reply brief is due by May 18, 2015.

3.     Within a few days after Paravue filed its opening brief, I was diagnosed with bacterial bronchopneumonia, prescribed various medications including antibiotics, and have been under a physician's care since then.  My symptoms have finally improved and I am feeling better.  However, this illness significantly curtailed my ability to work in the interim.  Accordingly, on April 13, 2015 I contacted Paravue's counsel James Weixel to request his agreement to a 31-day extension of the briefing deadline governing Appellee's answering brief.  Mr. Weixel graciously agreed to my request.

4.     As stated in the stipulation below, the parties have stipulated and agreed to the following revised briefing schedule as appropriate and reasonable:

Appellee's answering brief due:          June 2, 2015

Appellant's reply brief due:          June 16, 2015

5.     There have been four previous stipulations for an extended briefing schedule, all requested by Appellant Paravue.  After the fourth stipulated extension, this Court on its own motion extended the then-existing briefing schedule by three weeks (Doc. 35), resulting in the deadlines referenced in paragraph 3 above.

6.     The requested extension would cause the briefing schedule governing the answering and reply briefs to be extended by 31 days.

STIPULATED REQUEST AND ORDER CHANGING DEADLINES
TO FILE ANSWERING AND REPLY BRIEFS
(*Paravue Corporation v Heller Ehrman LLP*, No. 3:14-CV-3887 CRB)

1    I hereby declare under penalty of perjury pursuant to the laws of the United States and the

2    State of California that the foregoing is true and correct, that I have personal knowledge of the

3    facts set forth herein, and if called as a witness in this matter I could and would testify

4    competently thereto.  Executed this 15th day of April 2015 at Sacramento, California.

5                                          ___/s/ *Marjorie E. Manning*_____
                                           Marjorie E. Manning
6

7                                    **STIPULATION**

8        Appellant Paravue Corporation and Appellee Post-Confirmation Liquidating Debtor

9    Heller Ehrman LLP, by and through their respective undersigned counsel, stipulate and agree, and

10   thereupon request that this Court enter an order accordingly, extending the briefing schedule in

11   the appeal before this Court as follows:

12        Appellee's answering brief due:          **June 2, 2015**

13        Appellant's reply brief due:             **June 16, 2015**

14        This stipulation is made upon the declaration of Marjorie E. Manning, counsel for Heller

15   Ehrman in this proceeding, as stated *supra*.

16        The parties stipulate and agree to this briefing schedule and request that the Court enter an

17   order accordingly, pursuant to Local Rules 6-2 and 7-12.

18   DATED:  April 16, 2015                    BOLLING & GAWTHROP

19

20                                          By: ___/s/ *Marjorie E. Manning*_____
                                                Marjorie E. Manning
21                                              Attorneys for Appellee Heller Ehrman LLP

22

23
     DATED:  April 16, 2015                    WEIXEL LAW OFFICE
24
                                            By: ___/s/ *James V. Weixel*_____
25                                              James V. Weixel
                                                Attorneys for Appellant Paravue Corporation
26

27

28

1

**ATTESTATION RE ELECTRONIC SIGNATURE(S)**

2

I, Marjorie E. Manning, counsel for Appellee Heller Ehrman, hereby attest pursuant to

3

Local Rule 5-1(i)(3) that the electronic signature(s) of other counsel and/or parties appearing

4

above indicate(s) that concurrence in the filing of this document has been obtained from each of

5

said counsel and/or parties, and that such electronic signature(s) serve(s) in lieu of said

6

signature(s) on the document.

7

DATED:  April 16, 2015                           BOLLING & GAWTHROP

8

9

By:  ___/s/ *Marjorie E. Manning*_____

10

Marjorie E. Manning
Attorneys for Appellee Heller Ehrman LLP

11

12

**ORDER**

13

PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15

Signed:  April 17, 2015

16

_____
CHARLES R. BREYER
United States

IT IS SO ORDERED

Judge Charles R. Breyer

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND ORDER CHANGING DEADLINES
TO FILE ANSWERING AND REPLY BRIEFS
(*Paravue Corporation v Heller Ehrman LLP*, No. 3:14-CV-3887 CRB)